IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC SEARIGHT, #291520,  )  <br>   )  <br> Plaintiff,  )  <br>   )  <br> v.   )   CIVIL ACTION NO. 2:20-CV-127-WHA  <br>   )  <br> CEDRICK BALDWIN, et al.,  )  <br>   )  <br> Defendants.  )  | |

## **ORDER**

On April 1, 2020, the Magistrate Judge entered a Recommendation (Doc. #4) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to file necessary financial information as ordered by this court.

A separate Final Judgment will be entered.

DONE this 30th day of April, 2020.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE